UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

                             Plaintiff                    ORDER

   against                                         05-CV-442S

Patrick L. MacDougall,
Carla Jaye Edwards- MacDougall et al.

_____

      This cause came to be heard on the Plaintiff's Motion for Leave to Amend its Complaint.  The Court has considered the papers and arguments of the parties and their counsel and it appears that justice requires that the motion be granted.

      IT HEREBY IS ORDERED,  that the Plaintiff is granted leave to file and serve its proposed Supplemental Summons and Second Amended Complaint.


Dated: October 5, 2005

Buffalo, New York

                                           /s/William M. Skretny
                                           Honorable William M. Skretny
                                           U.S. District Court Judge